## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Delbert R. Vork, et al.,

                Plaintiffs,                              Civil 05-673 (PAM/RLE)

v.

                                                      **ORDER OF DISMISSAL**

Halvorson Concrete, Inc.
*a Minnesota corporation*

                Defendant.

---

The Plaintiff moved to voluntarily dismiss the above case with prejudice before the Court on June 16, 2005.

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: August   2  , 2005

                                                      s/Paul A. Magnuson
                                                      Paul A. Magnuson
                                                      United States District Court Judge